```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 12616
   MICHAEL S SHIFFMAN
   RONIT SHIFFMAN                           CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR
        Debtor
   SSN XXX-XX-8899     SSN XXX-XX-8996
```

------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 10/04/06 and confirmed on 02/23/07.

   2. The case was dismissed after confirmation, 10/03/2008.

   3. The Debtor paid a total of $ 24905.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MORTGAGE ELECTRONIC REG | CURRENT MORTG | 4962.00 | .00 | 4962.00 |
| MORTGAGE ELECTRONIC REG | MORTGAGE ARRE | 646.32 | .00 | 646.32 |
| MADRONA VILLAGE HOMEOWNE | SECURED | 1982.66 | .00 | 1685.21 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 10519.77 | 503.45 | 10519.77 |
| FAMILY RESORTS & TRAVEL | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 8392.35 | .00 | 2818.26 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1349.79 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1660.12 | .00 | 557.49 |
| ADVOCATE MEDICAL GROUP | UNSECURED | 944.31 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | 1183.80 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1196.45 | .00 | .00 |
| JONES INTERCABLE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1325.45 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 3100.92 | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2707.37 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS DEPT REVENUE | UNSECURED | 360.10 | .00 | .00 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 18110.75 | 10052.47 | 12168.19 | .00 | 40331.41 |
| PRINCIPAL PAID | 17813.30 | 3375.75 | .00 | .00 | 21189.05 |

```
INTEREST PAID              503.45         .00        .00        .00       503.45
TOTAL PAID               18316.75     3375.75        .00        .00     21692.50
```

The Debtor's attorney, LEGAL HELPERS PC              , was allowed $   3000.00
and was paid $     942.00   direct and $    2058.00   through the plan.

The Trustee received $    1154.50 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/16/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




PAGE  2
CASE NO. 06 B 12616 MICHAEL S SHIFFMAN & RONIT SHIFFMAN